**Opinion issued July 6, 2023**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-22-00960-CR

———————————

**LANCE TYLER CAMPBELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 174th District Court**
**Harris County, Texas**
**Trial Court Case No. 1635723**

## MEMORANDUM OPINION

Appellant Lance Tyler Campbell appeals from his conviction by a jury. Appellant was sentenced to seven years in the Correctional Institutions Division of the Texas Department of Criminal Justice. Appellant filed a notice of appeal.

During a hearing held on December 20, 2022, appellant's trial counsel stated that appellant did not wish to appeal and did not request counsel on appeal. Appellant's trial court moved to withdraw and the trial court granted this motion, leaving appellant pro se. Although a clerk's record was filed, the court reporter stated that no appellate record had been requested.

The Court issued an order on March 21, 2023, abating the appeal and remanding to the trial court for a hearing to determine if appellant wished to pursue his appeal, and if so, whether appellant was indigent and entitled to appointment of counsel and a reporter's record at no cost to appellant. A supplemental clerk's record was filed on April 28, 2023, containing a finding in the trial court's docket sheet that appellant appeared at the hearing by zoom and stated that he no longer wished to pursue his appeal. A hearing record filed on April 21, 2023 contained appellant's statement that he does not want to appeal his conviction.

Appellant has not filed a motion to withdraw the appeal or to dismiss the appeal. *See* TEX. R. APP. P. 42.2(a). However, based upon appellant's testimony at the hearing, appellant does not want to continue his appeal. Based on this testimony, we conclude that good cause exists to suspend operation of Rule 42.2(a) in this case. *See* TEX. R. APP. P. 2; *Jeffery v. State*, No. 14-13-00987-CR, 2014 WL 2039981, at *1 (Tex. App.—Houston [14th Dist.] May 15, 2014, no pet.)

(based on appellant's testimony, court suspended operation of Rule 42.2(a) and dismissed appeal).

We dismiss the appeal.  Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Countiss.

Do not publish.  TEX. R. APP. P. 47.2(b).